FILED
2008 Sep-04 AM 10:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER TURNER,      }<br>                          }<br>     Plaintiff,          }<br>                          }<br>v.                        }<br>                          }<br>HARVEST CREDIT MANAGEMENT }<br>VII, LLC,                 }<br>                          }<br>     Defendant.          } | CIVIL ACTION NO.<br>08-AR-0954-S |

## ORDER

Pursuant to the joint stipulation of dismissal filed on September 3, 2008, by plaintiff and defendant, the above-entitled action is hereby DISMISSED WITH PREJUDICE.

The parties shall bear their own respective costs.

DONE this 4th day of September, 2008.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE